The People of the State of New York, Respondent,
against
Willie Butler, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Armando Montano, J.), rendered July 27, 2015, convicting him, upon a plea of guilty, of stalking in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Armando Montano, J.), rendered July 27, 2015, affirmed.
Our review of the record indicates that defendant's guilty plea was entered knowingly, voluntarily, and intelligently with the aid of counsel, and after the court sufficiently advised defendant of the constitutional rights he would be giving up by pleading guilty (see People v Conceicao, 26 NY3d 375 [2015]; People v Sougou, 26 NY3d 1052 [2015]). Contrary to defendant's present claim, his utterances, viewed in their entirety, did not engender significant doubt regarding the voluntariness of the plea to require the court to conduct a further inquiry (see People v Toxey, 86 NY2d 725, 726 [1995]).
In any event, the only relief that defendant requests is dismissal of the accusatory instrument, and he expressly requests that this Court affirm his conviction if it does not grant a dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 23, 2018